# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 106 MAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| CHRISTIAN SCOTT THOMAS, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 107 MAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| CHRISTIAN SCOTT THOMAS, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 108 MAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| CHRISTIAN SCOTT THOMAS, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 109 MAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |

CHRISTIAN SCOTT THOMAS, : 

Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 110 MAL 2020

Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :

CHRISTIAN SCOTT THOMAS, :

Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 111 MAL 2020

Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :

CHRISTIAN SCOTT THOMAS, :

Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 112 MAL 2020

Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :

CHRISTIAN SCOTT THOMAS, :

Petitioner :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 12th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.